UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHEEL MALIK,<br><br>                        Plaintiff,<br><br>                        v.<br><br>COOPER TIRE AND RUBBER CO.<br>and ABC CORPS. 1-10<br>                        Defendants. | **ORDER**<br><br>No. 2:10-cv-06371 (WHW) |

**Walls, Senior District Judge**

This matter having come before the Court on Plaintiff's Motion for Partial Summary Judgment, Dkt. No. 57,

It is, on this 17th day of November, 2014

**ORDERED** that Plaintiff's Motion is **DENIED**.

                                                         **/s/ William H. Walls**
                                                        United States Senior District Judge